In the Matter of CHRIS L. SUESS, Petitioner. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondents.—
Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of TONY TENAGLIA, Appellant, against TULLY & DI NAPOLI et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of VINCENT VENTRECO, Appellant, against PERINI & SONS et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

WULF BROTHERS, INC., Respondent, v. MORRIS P. SATINSKY, Doing Business under the Name of MORRIS TEXTILE COMPANY, Appellant.—
Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of PIUS ZOLLER, Appellant, against AUGUST BOGE et al., Appellants. STATE INDUSTRIAL BOARD et al., Respondents.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of LILY YEARICH, Respondent, against ROOSEVELT HOSPITAL et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—
Present —
Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of DRAGAN CARP, Respondent, against GLADSTONE RAINES, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ERNEST FRANCE, Respondent, against CHARLES U. SIMON et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—
Present —
Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of HARRIET M. MEISTER, Appellant, against E. W. EDWARDS & SON et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of AIME DESMARAIS, Respondent, against M. F. C. SHORING & FOUNDATION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—
Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of HARRY MURRAY, Respondent, against SPERRY GYROSCOPE COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.